No. 73–776. SCHLESINGER, SECRETARY OF DEFENSE, ET AL. *v.* BALLARD, 419 U. S., 498. Motion of appellee to retax costs denied. MR. JUSTICE BRENNAN would grant the motion.

No. 74–80. KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL. *v.* HELFANT; and

No. 74–277. HELFANT *v.* KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. [Certiorari granted, 419 U. S. 1019.] Motion to strike oral argument denied.

No. 74–116. PLACE *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL., 419 U. S. 1040. The Solicitor General is requested to file a response to petition for rehearing within 30 days.

No. 74–175. MIDDENDORF, SECRETARY OF THE NAVY, ET AL. *v.* HENRY ET AL.; and

No. 74–5176. HENRY ET AL. *v.* MIDDENDORF, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. [Certiorari granted, 419 U. S. 895.] These cases restored to calendar for reargument.

No. 74–456. HILL, ATTORNEY GENERAL OF TEXAS, ET AL. *v.* PRINTING INDUSTRIES OF THE GULF COAST ET AL. Appeal from D. C. S. D. Tex. [Probable jurisdiction noted, 419 U. S. 1088.] Motion of Common Cause for leave to participate in oral argument as *amicus curiae* denied.

No. 74–928. UNITED STATES *v.* DINITZ. C. A. 5th Cir. [Certiorari granted, 420 U. S. 1003.] Motion for appointment of counsel granted. It is ordered that Fletcher H. Baldwin, Jr., Esquire, of Gainesville, Fla., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.